# EXHIBIT A



Retrieved from https://www.google.com/maps/@41.2531135,-95.9318967,3a,51.1y,89.2h,79.96t/data=!3m6!1e1!3m4!1sBeyYwAoE0ZTboF9QGwqoJw!2e0!7i13312!8i6656 3/26/2018.