IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM, and MELANIE DAVIS,<br><br>Plaintiffs,<br><br>vs.<br><br>KANEKO, and 1111 JONES STREET, LLC,<br><br>Defendants. | 8:18CV139<br><br>ORDER |

On June 7, 2018, Plaintiffs filed an unopposed motion (Filing No. 17) to extend their deadline to file a brief in opposition to Defendants' Motion to Dismiss, (Filing No. 13). On June 8, 2018, Plaintiffs filed their first amended complaint. (Filing No. 18).

Plaintiffs' amended complaint was properly filed, as a matter of course, in compliance with Fed. R. Civ. P. 15(a). And because Plaintiffs' amended complaint was properly filed, it supersedes the original complaint as the operative pleading. Titus v. Stanton Cty., Neb., 2013 WL 4546566, at *4 (D. Neb. 2013) ("[t]here is no dispute an amended pleading supersedes the original pleading in all respects"). As such, Defendants' motion to dismiss (Filing No. 13) is rendered moot. Bernhardt v. Johns, 2009 WL 971443, at *1 (D. Neb. 2009) ("a motion to amend the complaint render[s] moot a pending motion to dismiss") (internal quotation omitted).

Accordingly,

IT IS ORDERED that Defendants' motion to dismiss (Filing No. 13) and Plaintiffs' motion to extend (Filing No. 17), are denied as moot.

Dated this 8th day of June, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge