# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM and MELANIE DAVIS,<br><br>*Plaintiffs*,<br><br>v.<br><br>KANEKO; and 1111 JONES STREET LLC,<br><br>*Defendants*. | Case No. 8:18-cv-00139-LSC-CRZ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that all claims asserted in the above-captioned case by Plaintiffs Zach Hillesheim and Melanie Davis may be dismissed with prejudice, and that this Court may enter an Order dismissing the claims asserted by Plaintiffs Zach Hillesheim and Melanie Davis with prejudice and without costs, expenses, or disbursements to any party.

Dated: December 3, 2018

**FRASER STRYKER PC LLO**

/s/ Katherine McNamara
Katherine McNamara
Fraser Stryker PC LLO
500 Energy Plaza, 409 South 17th Street
Omaha NE, 68102
Email: kmcnamara@fraserstryker.com
Phone: (402) 978-5371
**ATTORNEYS FOR DEFENDANTS**

Dated: December 3, 2018

**BROWNE LAW LLC**

/s/ Padraigin L. Browne
Padraigin L. Browne (MN Bar # 389962)
Browne Law LLC
8530 Eagle Point Blvd, Suite 100
Lake Elmo, MN 55042
E-mail: paddy@brownelawllc.com
Phone: (612) 293-4805
**ATTORNEYS FOR PLAINTIFF**